**UNDER SEAL**

**FILED**
CHARLOTTE, NC

**DEC 1 3 2016**

**US DISTRICT COURT
WESTERN DISTRICT OF NC**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 3:16CR313 |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | INDICTMENT |
| SHASHANA STACYANN SMITH | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland

Rose, United States Attorney, Western District of North Carolina, it is hereby ORDERED,

ADJUDGED and DECREED that the above referenced Bill of Indictment, Warrant and Motion

to Seal the Bill of Indictment be sealed until the defendant has been arrested.

The Clerk is directed to certify copies of this Order to the United States Attorney's

Office.

This the 13th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE