UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 3:16-CR-313-RJC-DCK |
| | ) | |
| V. | ) | **ORDER TO UNSEAL** |
| | ) | **INDICTMENT** |
| SHASHANA STACYANN SMITH | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Unseal Indictment And Arrest Warrant" (Document No. 5) filed December 14, 2016 by and through Jill Westmoreland Rose, United States Attorney, Western District of North Carolina. Having carefully considered the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** that the "Motion To Unseal Indictment And Arrest Warrant" (Document No. 5) is **GRANTED**, and the above referenced Bill of Indictment, Warrant, and Motion to Unseal the Bill of Indictment be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: December 14, 2016

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.